**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2010**

ZEPHANIAH S. EDWARDS,

Plaintiff - Appellant,

v.

CAPITAL ONE, Bank (Headquarters),

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:25-cv-01099-MSN-WBP)

Submitted:  May 28, 2026                                    Decided:  June 1, 2026

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Zephaniah S. Edwards, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zephaniah S. Edwards appeals the district court's order dismissing her civil complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Edwards v. Cap. One*, No. 1:25-cv-01099-MSN-WBP (E.D. Va. July 28, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Edwards has also filed a motion to file a subpoena. We deny the motion.

2